# United States District Court
## Eastern District of Michigan

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TRW DEUTSCHLAND HOLDING GmbH | Case Number: 12CR20491-1 |
| | USM Number: |
| | James Walden |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ Pleaded guilty to count(s)  **1**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy to Restrain Trade | June 2011 | 1 |

The defendant is sentenced as provided in pages **2 through 3** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 25, 2012
Date of Imposition of Judgment

s/George Caram Steeh
United States District Judge

September 25, 2012
Date Signed

DEFENDANT: TRW DEUTSCHLAND HOLDING GmbH
CASE NUMBER: 12CR20491-1

## CRIMINAL MONETARY PENALTIES

|            | Assessment | Fine           | Restitution |
|------------|------------|----------------|-------------|
| **TOTALS:** | $ 400.00   | $ 5,100,000.00 | $ 0.00      |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| **TOTALS:**   | $ 0.00      | $ 0.00              |                        |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: TRW DEUTSCHLAND HOLDING GmbH
CASE NUMBER: 12CR20491-1

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Payable in full before the fifteenth (15th) day after the imposition of sentence by wire transfer.